IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOBIAS TEIXEIRA DA FONSECA,<br><br>               Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>               Defendants. | Case No. 24-cv-04448<br><br>**Judge Andrea R. Wood**<br><br>**Magistrate Judge Jeannice W. Appenteng** |

**\*SEALED\* TEMPORARY RESTRAINING ORDER**

Plaintiff TOBIAS TEIXEIRA DA FONSECA ("Fonseca") filed an *Ex Parte* Motion for Entry of a Temporary Restraining Order, including a Temporary Injunction, a Temporary Asset Restraint, Expedited Discovery, and Service of Process by Email and/or Electronic Publication (the "Motion") against the fully interactive, e-commerce stores operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and the online marketplace accounts identified in Schedule A (the "Defendant Internet Stores"). After reviewing the Motion and the accompanying record, this Court GRANTS Fonseca's Motion as follows.

This Court finds, in the absence of adversarial presentation, that it is likely to have personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Fonseca has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing versions of Fonseca's federally registered copyrights which are protected by United States Copyright

Registration Nos. VA 2-376-219; VA 2-279-692; VA 2-376-239; VA 2-376-213; VA 2-376-211; VA 2-376-207; VA 2-279-584; VA 2-376-231; VA 2-376-374; VA 2-376-222; VA 2-376-217; VA 2-303-183; VA 2-279-581; VA 2-279-690; VA 2-376-242; VA 2-376-209; VA 2-376-215; VA 2-376-258; VA 2-376-236; VA 2-376-376; VA 2-376-377; VA 2-279-666; VA 2-279-684; VA 2-376-212; VA 2-279-588; VA 2-279-670; VA 2-279-669; VA 2-376-214; VA 2-279-688; and VA 2-279-586 (the "Tobias Fonseca Works") to residents of Illinois. In this case, Fonseca has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can purchase products using infringing versions of the Tobias Fonseca Works. *See* Docket No. [15], which includes screenshot evidence confirming that each Defendant internet store does stand ready, willing and able to ship its unauthorized goods to customers in Illinois bearing infringing versions of the Tobias Fonseca Works. Fonseca has presented specific facts in the Declaration of Tobias Teixeira Da Fonseca in support of the Motion and accompanying evidence clearly showing that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition. Specifically, in the absence of an *ex parte* Order, Defendants could and likely would move any assets from accounts in financial institutions under this Court's jurisdiction to off-shore accounts. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, and attorneys, and all persons acting in active concert and participation with them be temporarily enjoined and restrained from:

    a. using the Tobias Fonseca Works or any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising,

        offering for sale, or sale of any product that is not a genuine Fonseca product or not authorized by Fonseca to be sold in connection with the Tobias Fonseca Works;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Fonseca product or any other product produced by Fonseca, that is not Fonseca's or not produced under the authorization, control, or supervision of Fonseca and approved by Fonseca for sale under the Tobias Fonseca Works;

    c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Fonseca, or are sponsored by, approved by, or otherwise connected with Fonseca; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Fonseca, nor authorized by Fonseca to be sold or offered for sale, and which bear any of Fonseca's registered copyrights, including the Tobias Fonseca Works, or any reproductions, infringing copies, or colorable imitations.

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. Fonseca is authorized to issue expedited written discovery to Defendants, pursuant to Federal Rules of Civil Procedure 33, 34, and 36, related to:

    a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

    b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying

  information associated with the Defendant Internet Stores and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Defendant Internet Stores; and

 c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Amazon Payments, Inc. ("Amazon"), Walmart Inc. ("Walmart"), Wish US Holdings LLC d/b/a Wish.com ("WISH"), or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

4. Upon Fonseca's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Defendant Internet Stores, including, without limitation, any online marketplace platforms such as Amazon, Walmart, and WISH (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Fonseca expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

 a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

 b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying

4

information associated with the Defendant Internet Stores and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Defendant Internet Stores; and

c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Amazon, Walmart, WISH, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5. Upon Fonseca's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of infringing goods using the Tobias Fonseca Works.

6. Any Third Party Providers, including Amazon, Walmart, and WISH, shall, within seven (7) calendar days of receipt of this Order:

   a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 2 to the Declaration of Tobias Teixeira Da Fonseca, and any e-mail addresses provided for Defendants by third parties; and

   b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

7. Fonseca may provide notice of the proceedings in this case to Defendants, including notice of the preliminary injunction hearing, service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses identified in Exhibit 2 to the Declaration of Tobias Teixeira Da Fonseca and any e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "xiangyangshiyufashangmaoyouxiangongsi and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8. Fonseca must provide notice to Defendants of any motion for preliminary injunction as required by Rule 65(a)(1).

9. Fonseca's Schedule A to the Complaint [2], Exhibit 2 to the Declaration of Tobias Teixeira Da Fonseca [15], and this Order shall remain sealed until further order by this Court or until the Order expires, whichever occurs earlier.

10. Within seven (7) calendar days of entry of this Order, Fonseca shall deposit with the Court ten thousand dollars ($10,000) either cash or surety bond, as security, which amount has, in the absence of adversarial testing, been deemed adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder.

11. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

12. This Temporary Restraining Order without notice is entered at 11:00 A.M. on this 23rd day of December 2024 and shall remain in effect for fourteen (14) calendar days.

_____
Andrea R. Wood
United States District Judge

**Schedule A**

| No. | Defendants |
|---|---|
| 1 | xiangyangshiyufashangmaoyouxiangongsi |
| 2 | xinluoquzhankewenjudian |
| 3 | Chen H Hong |
| 4 | xiangyangshishengroushangmaoyouxiangongsi |
| 5 | EZhouShiHanMaoShunShangMaoYouXianGongSi |
| 6 | Second half opening |
| 7 | taiyuanshixianxueshangmaoyouxiangongsi |
| 8 | hubeishengguichenkejiyouxiangongsi |
| 9 | XiangYangShiRuiXiangShangMaoYouXianGongSi |
| 10 | PingDingChaoTianShangMaoYouXianGongSi |
| 11 | ZCHAINBRAND STORE |
| 12 | CONANWELL |
| 13 | ZhangQiXun |
| 14 | AliPlus |
| 15 | FNAF Craft |
| 16 | QIANGluo |
| 17 | Hileapx |
| 18 | backtime |
| 19 | Blimark |
| 20 | Carrier_MPX |
| 21 | Rose-SGT |
| 22 | xingchenghulianwang |
| 23 | QingXiaoHao |
| 24 | Trucker God Family Star |
| 25 | miao yang shangmao |
| 26 | Goon Studio |
| 27 | haoxia2020 |
| 28 | shortcut wang ww |
| 29 | a Dada |
| 30 | on-line measurement |
| 31 | HRTStickerStudio |
| 32 | liuyanglei |
| 33 | hekexin2024 |
| 34 | Chilynie Patch |
| 35 | guangzhouchunoushangmaoshanghanggerenduzi |
| 36 | tongshanxianhaiyangbaihuodian |
| 37 | xiuwenmaoyi |

| 38 | Bay White E |
|---|---|
| 39 | Tangmanlan |
| 40 | OYSTERBOY |
| 41 | changfenglisidianzishangwugongzuoshi |
| 42 | QuXinLongDi |
| 43 | TianQiaoQuHao |
| 44 | wuhanshijiangxiaquluboteshangmaohang |
| 45 | hiLongGangQ |
| 46 | wucibaihuo |
| 47 | yipinruyi |
| 48 | jijunbaihuo |
| 49 | chenghuaquchuxinzahuopu |
| 50 | jinzhongshiyuciquanhaobaihuoshanghang |
| 51 | dongchangfuqukangyuandianzijingyingbu |
| 52 | luoyangshichanhehuizuquyangtaibaihuobu |
| 53 | shifangshiliuheqiaodianzishangwugongzuoshi |
| 54 | wuhanshijiangxiaquyujianshangmaozhongxin |
| 55 | pujietiyu |
| 56 | yingqilanchuang |
| 57 | junchao |
| 58 | hongliangjin |
| 59 | qichangbaihuodian |
| 60 | youjindefushixiemaopu |
| 61 | miluoshihuananhubangdianzishangwushanghang |
| 62 | jiashanbaihuo |
| 63 | qingwenfuzhuangdian |
| 64 | wuhanshidonghuxinjishukaifaquzheyubaihuoshanghang |
| 65 | xingyexianshinanzhenmeiweisishipinjingyingbu |
| 66 | Look at the place |
| 67 | whfly |
| 68 | qujinglimingdianzishangwuyouxiangongsi |
| 69 | dangshanxianshentianshangmaoyouxiangongsi |
| 70 | guangzhouwangxinqishangmaoyouxiangongsi |
| 71 | yhkky |
| 72 | GuangZhou Art GJ |
| 73 | zheny sp |
| 74 | hefeimengshusidianzishang |
| 75 | ZHANGLIMAIXIGUA |
| 76 | Zhao Yonglin |
| 77 | DaiShanShangMao(GuangZhou)YouXianGongSi |
| 78 | Li ting develop |
| 79 | Four out of V |
| 80 | Vit through yjuu |

| | |
|---|---|
| 81 | Zheng Junhao |
| 82 | Xie FU |
| 83 | WangZiYou YouZiWang |
| 84 | Southern resolution |
| 85 | yidida |
| 86 | Yongji Weijin E-commerce Co., Ltd. |
| 87 | Chen Pengzhiz |
| 88 | 临沂晟城商贸有限公司 |
| 89 | Dingan Ransheng Men Clothing 7-15 delivery |
| 90 | AKIWOS (7-15 Days Arrive) |
| 91 | wojiaolinzhiqiao |
| 92 | JOFOW |
| 93 | guangzhouhunxinglinshangmaoyouxiangongsi |
| 94 | Shijiazhuang Chisan Trading Company |
| 95 | zzzjjjlll |
| 96 | guixiangshengweishangmao |
| 97 | THUYDAOJP |
| 98 | QUANGBATR |
| 99 | LanbenQing |
| 100 | HFJYXX |
| 101 | chenqingliang |
| 102 | shuanmingzhang |
| 103 | DUWEII |
| 104 | chuzhouyuanwendianzishangwuyouxiangongsi |
| 105 | DIYx Store |
| 106 | shengzedianzishangmao |
| 107 | THNSTORE |
| 108 | PNJGoldent |
| 109 | CUTE GIY |
| 110 | HHAOHAOWANG |
| 111 | Deamison |
| 112 | XXZ ONIFANS |
| 113 | PPANPINGG |
| 114 | Wisdom1lan ship from US |
| 115 | KAPUALE |
| 116 | Da Tou |
| 117 | POFREE |
| 118 | CoolVibesRug |
| 119 | Xiangyang Guxi Trading Co., Ltd. |
| 120 | Meimiaoda |
| 121 | shuangyangkeji |
| 122 | Zhang Shangshen |
| 123 | putianshihanjiangquchenwenxinmaoyiyouxiangongs |

| | |
|---|---|
| 124 | Weifujin |
| 125 | Hilake |
| 126 | Jincheng Co.Ltd |
| 127 | XINXINGSHICHENG |
| 128 | MinLi |
| 129 | bobo |
| 130 | guangxichengdazhonggongyouxiangongsi |
| 131 | nanninghuichuangwangluokejiyouxiangongsi |
| 132 | guangzhoudongqiangshangmaoyouxiangongsi |
| 133 | San Ji Wu Hu e-commerce |
| 134 | INPERCUST |
| 135 | JianWeiStationery |
| 136 | VStyle |
| 137 | SHIZHENYANG |
| 138 | Walqfu |
| 139 | TianChen |
| 140 | BOFACPRINT |
| 141 | QUFUWALQ |
| 142 | GOGMARTI |
| 143 | T-buyhome |
| 144 | Talich |
| 145 | SANBAYCN |
| 146 | Xuancai Co.Ltd |
| 147 | ROODPRINT |
| 148 | LAMZY |
| 149 | DengYuanYong |
| 150 | CH-HUIYU |
| 151 | ZHENGFU |
| 152 | juxianzhaoqingmaoyiyuoxiangongsi |
| 153 | kunmingduanwenwangluokeji |
| 154 | FIDWALQINT |
| 155 | kunmingyongcengshangmaoyouxiangongsi |
| 156 | Ewalfull |
| 157 | xiamenmindongsemaoyiyouxiangongsi |
| 158 | licun001 |
| 159 | FoShanShiYongNuanXiShangMaoYouXianGongSi |
| 160 | Liu Wenloyal women's wear |
| 161 | HUANGYU |
| 162 | Fismartprint |
| 163 | jianjiankangkang |

| | |
|---|---|
| 164 | BAIBAIJINGJING |
| 165 | Angus Hao |
| 166 | dandanlili |
| 167 | Borko |
| 168 | Locke |
| 169 | Arran |
| 170 | yangzichen |
| 171 | Cumin |
| 172 | yinglaiyingqu |