IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TOBIAS TEIXEIRA DA FONSECA,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv-04448

Judge Andrea R. Wood

Magistrate Judge Jeannice W. Appenteng

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 31 | HRTStickerStudio |
| 92 | JOFOW |
| 27 | haoxia2020 |
| 32 | liuyanglei |
| 33 | hekexin2024 |
| 120 | Meimiaoda |
| 17 | Hileapx |
| 23 | QingXiaoHao |
| 25 | miao yang shangmao |
| 38 | Bay White E |
| 11 | ZCHAINBRAND STORE |
| 12 | CONANWELL |
| 97 | THUYDAOJP |
| 19 | Blimark |
| 90 | AKIWOS (7-15 Days Arrive) |
| 89 | Dingan Ransheng Men Clothing 7-15 delivery |

DATED: February 4, 2025	Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on February 4, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                            */s/ Keith A. Vogt*
                                            Keith A. Vogt